J. Hutchinson et al., appellees, v. Metropolitan Fire Insurance Company et al., appellants. Gen. No. 34,067.

 Heard in the first division of this court for the first district at the February term, 1930. Opinion filed November 3, 1930.

Philip J. Maguire, for appellants; Henry S. Rademacher, of counsel. Hiram T. Gilbert, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Schmidt Construction Company, appellant, v. Myron Downie and Nathan Cerf, trading as Myron Downie & Company, defendants. Nathan Cerf, appellee. Gen. No. 34,371.

 Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Gaylord D. Adsit, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Stanislaw Kasprzyk and Agnieszka Kasprzyk, appellees, v. Wladyslaw Sakowski and Bertha Sakowski, appellants. Gen. No. 34,382.

 Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Harry J. Guyon, for appellants; Clyde C. Fisher, of counsel. Jacobson, Merrick, Nierman & Silbert, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Peter Trebellas, appellee, v. James A. Walsh, appellant. Gen. No. 34,394.

 Heard in the first division of this court for the first district at the June term, 1930. McSurely, J., dissents. Opinion filed November 3, 1930. Rehearing denied November 17, 1930.

Krinsky, Levitan & Glassner, for appellant. Jay Stough, Clement L. Harrell and E. M. Burke, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.